**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMRO ELANSARI,** | : |
| | : |
| **Plaintiff** | **CIVIL ACTION NO. 3:15-1461** |
| | : |
| **v.** | **(MANNION, D.J.)** |
| | : **(SCHWAB, M.J.)** |
| **UNITED STATES,** *et al.,* | |
| | : |
| **Defendants** | |

# O R D E R

Upon consideration of the report and recommendation of Judge Susan

E. Schwab, (Doc. 61), and, following an independent review of the record, it

appearing that neither party has objected to the judge's report and

recommendation and that there is no clear error on the face of the record:[1]

**IT IS HEREBY ORDERED, THAT:**

**(1)**    The report and recommendation of Judge Schwab, (Doc. 61), is

---

[1]When no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also* Univac Dental Co. v. Dentsply Intern., Inc., 702 F.Supp.2d 465, 469 (2010) (citing Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)(explaining judges should give some review to every report and recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. §636(b)(1); Local Rule 72.31.

**ADOPTED**;

**(2)** Plaintiff Elansari's "Motion for Judgment by Default –Failure to Respond", (Doc. 32), is **DENIED**; and

**(3)** Plaintiff Elansari's "Emergency Praecipe for Entry of Judgment by Default", (Doc. 33), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: August 15, 2016
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-1461-02.wpd

2