UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**AMRO ELANSARI,** :
:
**Plaintiff** : CIVIL ACTION NO. 3:15-1461
:
**v.** : (MANNION, D.J.)
: (SCHWAB, M.J.)
**UNITED STATES,** *et al.,*
:
**Defendants**

# O R D E R

Based on the foregoing Memorandum, and upon consideration of the report and recommendation of Judge Susan E. Schwab, (Doc. 62), and the plaintiff's objections, (Doc. 63), and the responses thereto, (Doc. 65, Doc. 66),

**IT IS HEREBY ORDERED, THAT:**

**(1)** The report and recommendation of Judge Schwab, (Doc. 62), is **ADOPTED IN ITS ENTIRETY**;

**(2)** The motions to dismiss plaintiff Elansari's complaint, (Doc. 1), of Centre County Court of Common Pleas and Columbia County Courthouse, (Doc. 14), the Columbia County District Attorney's Office, (Doc. 28), and the State College Police Department, (Doc. 36), are **GRANTED** and, the Moving defendants and Non-Moving defendants are **DISMISSED WITH PREJUDICE**; and

**(3)**    The Clerk of Court is directed to remand this case to Judge Schwab for further proceedings.


                                                    s/ *Malachy E. Mannion*
                                                    **MALACHY E. MANNION**
                                                    **United States District Judge**

**Dated: August 17, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1461-01-ORDER.wpd