UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

AMRO ELANSARI, :

Plaintiff : CIVIL ACTION NO. 3:15-1461

v. : (MANNION, D.J.)
(SCHWAB, C.M.J.)

UNITED STATES, *et al.*, :

Defendants :

# ORDER

Based on the foregoing Memorandum, and upon consideration of the report and recommendation of Judge Susan E. Schwab, (Doc. 105), and the plaintiff's objections, (Doc. 106), and the response thereto, (Doc. 107), **IT IS HEREBY ORDERED, THAT:**

(1) The report and recommendation of Judge Schwab, (Doc. 105), is **ADOPTED IN ITS ENTIRETY**;

(2) The motion to dismiss plaintiff Elansari's amended complaint, (Doc. 94), of PSL, (Doc. 98), is **GRANTED IN PART AND DENIED IN PART**.

(3) PSL's motion to dismiss plaintiff's claims for equal protection, substantive due process and procedural due process as it relates to his two year suspension from law school, is **GRANTED** and these claims are **DISMISSED WITH PREJUDICE**.

(4) PSL's motion is **DENIED** with respect to plaintiff's procedural due

process claim regarding his indefinite ban from the law school and this claim may **PROCEED**.

(5) The Clerk of Court is directed to **RECOMMIT** this case to Judge Schwab for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 26, 2018**