# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMRO ELANSARI,** | : |
| **Plaintiff** | : |
| | : CIVIL ACTION NO. 3:15-1461 |
| v. | : (JUDGE MANNION) |
| **UNITED STATES,** *et al.,* | : |
| **Defendants** | : |

## O R D E R

Based on the foregoing Memorandum, and upon consideration of the report and recommendation of Judge Susan E. Schwab, (Doc. 155), and the plaintiff's objections, (Docs. 156 & 158), and the response thereto, (Doc. 157), **IT IS HEREBY ORDERED, THAT:**

**(1)** The report and recommendation of Judge Schwab, **(Doc. 155)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** The plaintiff's objections to Judge Schwab's report are **OVERRULED**, **(Doc. 156)**;

**(3)** PSL's motion for summary judgment, **(Doc. 133)**, is **GRANTED** with respect to plaintiff's 14th Amendment procedural due process claim regarding his indefinite ban from the law school, and **JUDGMENT** is entered in favor of PSL on this claim and against the plaintiff;

**(4)** The plaintiff's motion for summary judgment, **(Doc. 116)**, is

**DENIED**;

**(5)** PSL's motion for judgment on the pleadings, **(Doc. 118)**, is **DISMISSED AS MOOT**;

**(6)** The plaintiff's motion for leave to appeal, **(Doc. 154)**, is **DISMISSED without prejudice**; and

**(7)** The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 10, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1461-03-ORDER.wpd